UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
D.F., individually on behalf of himself and on
behalf of all others similarly situated,

        Plaintiff,

  -against-

ASHLYNN MARKETING GROUP, INC.,
doing business as KRAVE KRATOM, and
DOES 1-50, inclusive,

        Defendants.
------------------------------------------------------------ X

CIVIL ACTION NO. 1:24-cv-08388-DLC

## STIPULATION AND ORDER TO TRANSFER VENUE

WHEREAS, Plaintiff D.F. ("Plaintiff") commenced this action in the Southern District of New York on November 4, 2024, bringing claims against Defendant Ashlynn Marketing Group, Inc. ("Ashlynn") for violation of New York's Customer Protection from Deceptive Acts and Practices Act (N.Y. Gen. Bus. Law § 349), violation of New York's False Advertising Act (N.Y. Gen. Bus. Law § 350), breach of implied warranty, unjust enrichment, and fraud by omission.

WHEREAS, there are two class actions raising similar consumer protection claims under California law and the same common law causes of action against Ashlynn based on the same alleged conduct already pending in the Southern District of California before the Honorable Gonzalo P. Curiel – (1) *J.J. and C.D. v. Ashlynn Marketing Group, Inc.*, Case No. 3:24-cv-00311-GPC-MSB (pending claims for purported violations of California's Consumers Legal Remedies Act, and a fraud by omission claim); and (2) *C.B. v. Ashlynn Marketing Group, Inc.*, Case No. 3:24-cv-02245-GPC-MSB (bringing claims for purported violation of California's consumer

protection laws and common law claims, including breach of implied warranty, unjust enrichment, and fraud by omission). Both California class actions were filed prior to this matter.

WHEREAS, California is the state of incorporation and the location of principal place of business for Ashlynn.

WHEREAS, the Parties have met and conferred and jointly seek to avoid unnecessarily duplicative litigation, enhance judicial efficiency and streamline litigation costs.

IT IS NOW HEREBY STIPULATED AND AGREED, that pursuant to 28 U.S.C. § 1404(b), the Parties consent to transfer of the present action to the Southern District to California.

IT IS FURTHER STIPULATED AND AGREED, Defendant reserves all rights to move to dismiss Plaintiff's claims in the Southern District of California within 28-days from the matter being assigned a case number by that court.

IT IS FURTHER STIPULATED AND AGREED, that in the event that this action is transferred back to the Southern District of New York for any reason, Defendant reserves all defenses available on a motion to dismiss, including but not limited to personal jurisdiction and venue.

Dated: New York City, New York
       December 31, 2024

SQUIRE PATTON BOGGS (US) LLP
*Counsel for Defendant Ashlynn Marketing Group, Inc.*
1120 Avenue of the Americas, 13th Floor
New York, NY 10036

By: */s/ Tamara Rozina*
Tamara Rozina
tamara.rozina@squirepb.com

| | |
|---|---|
| Dated: Pittsburgh, Pennsylvania<br>December 31, 2024 | LYNCH CARPENTER LLP<br>*Counsel for Plaintiff D.F.*<br>1133 Penn Ave., 5th Floor<br>Pittsburgh, PA 15222<br><br>By: */s/ Gary F. Lynch*<br>Gary F. Lynch<br>gary@lcllp.com |

**SO ORDERED,** this 31st day of December, 2024.

_____
Honorable Denise Cote